James E. Mercante, Esq.
Keith A. Brady, Esq.
Rubin, Fiorella & Friedman, LLP
292 Madison Aveue
New York, New York 10017
Tel: (212) 953-2381
Fax: (212) 953-2381
E-mail: Jmercante@Rubinfiorella.com
E-mail: kbrady@Rubinfiorella.com
*Attorneys for Defendants*
*Circle Line – Statue Of Liberty Ferry, Inc.*
*Circle Line Harbor Cruises, LLC.*
 *Circle Liquidation, LLC*
*Statue Liquidation, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BRIAN BRODY                                                                                  11-CV-4367 (Judge Cote)

                                  Plaintiff,

      - against -                                                                                    **RULE 7.1 STATEMENT**

THE CITY OF NEW YORK, NYWT ZEPHYR, LLC
CIRCLE LINE – STATUE OF LIBERTY FERRY,
INC, CIRCLE LINE HARBOR CRUISES, LLC,
CIRCLE LIQUIDATION LLC, NEW YORK TRANS
HARBOR LLC, NYWT CIRCLE LINE LLC, STATUE
LIQUIDATION, INC, *in personam*, and the vessel
"ZEPHYR," its engines, equipmemt, tackle and
Appurtenances *in rem*

                                  Defendants.
------------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney

of record for defendants Circle Line-Statue of Liberty Ferry, Inc.; Circle Line Harbor Cruises, LLC;

Circle Liquidation LLC; and Statue Liquidation, Inc.,  certify that the following are parent corporations

and publically held corporation owning 10% or more of their stock:

There are no such corporations.

Respectfully submitted,

**RUBIN, FIORELLA & FRIEDMAN LLP**
*Attorneys for Defendants*
*Circle Line-Statue of Liberty Ferry, Inc.*
*Circle Line Harbor Cruises LLC*
*Circle Liquidation LLC*
*Statue Liquidation, Inc.*


By:   Keith A. Brady
     James E. Mecante, Esq.
     Keith A. Brady, Esq.
     292 Madison Avenue
     New York, New York 10017
     Tel: 212-953-2381
     Fax: 212-953-2381
     E-mail: jmercante@rubinfiorella.com
     E-mail: kbrady@rubinfiorella.com


To:   Bruce Friedman, Esq.
     Friedman, James & Buchsbaum
     132 Nassau Street, Suite 900
     New York, New York 10038
     Attorneys for Plaintiff

     City of New York
     Office of Corporation Counsel
     100 Church Street
     New York, New York 10038
     Attorneys for Defendant, City of New York
     Attn: Anshel David, Esq.

Deborah Riegel, Esq.
Rosenberg & Estis, P.C.
733 Third Avenue
New York, New York 10017
Attorneys for Defendants
NYWT Zephr, LLC;
New York Trans Harbor, LLC; and
NYWT Circle Line LLC.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        :
                         : ss.:
COUNTY OF NEW YORK       :

      DEE FRENETTE, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age and I reside in Manhattan, New York 10028.

      On September 19, 2011, I served the within Answer, Cross-Claims and Rule 7.1 Statement upon the address(es) designated by said attorney(s) by electronically filing with the Courts ECF/CM system and by depositing a true copy of the ANSWER AND CROSS CLAIMS along with a RULE 7.1 STATEMENT enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York. upon:

      Bruce Friedman, Esq.
      Friedman, James & Buchsbaum
      132 Nassau Street, Suite 900
      New York, New York 10038
      Attorneys for Plaintiff

      City of New York
      Office of Corporation Counsel
      100 Church Street
      New York, New York 10038
      Attorneys for Defendant, City of New York

      Deborah Riegel, Esq.
      Rosenberg & Estis, P.C.
      733 Third Avenue
      New York, New York 10017
      Attorneys for Defendants
      NYWT Zephr, LLC;
      New York Trans Harbor, LLC; and
      NYWT Circle Line LLC.

                                                                                          _____

                                                                                                 DEE FRENETTE

Sworn to before me on the
 19th  day of September, 2011

_____
      NOTARY PUBLIC