UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
BRIAN BRODY

                Plaintiff,

      -against-

THE CITY OF NEW YORK, NYWT ZEPHYR, LLC
CIRCLE LINE – STATUTE OF LIBERTY FERRY,
INC, CIRCLE LINE HARBOR CRUISES, LLC,
CIRCLE LIQUIDATION LLC, NEW YORK TRANS
HARBOR LLC, NYWT CIRCLE LINE LLC, STATUTE
LIQUIDATION, INC, *in personam*, and the vessel
"ZEPHYR," its engines, equipment, tackle and
Appurtenances *in rem*

                Defendants.
----------------------------------------------------------------x

11-CV-4367 (Judge Cote)

**STIPULATION OF DISCONTINUANCE**

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the Plaintiff and Defendants herein, that the action against Defendants NYWT Zephyr, LLC, New York Trans Harbor, LLC and NYWT Circle Line LLC be discontinued without prejudice and without costs to any of the parties.

Dated: New York New York
       September 19, 2011

FRIEDMAN, JAMES & BUCHSBAUM LLP

By: _____
    Bernard D. Friedman
    *Attorneys for Plaintiff*
    *BRIAN BRODY*

132 Nassau Street, Suite 900
New York, New York 10038
Phone: (212) 233-9385
Fax:    (212) 619-2340

FREEHILL HOGAN & MAHAR, LLP

By: _____
    Daniel J. Fitzgerald
    *Attorneys for Defendants*
    *NYWT Zephyr, LLC, New York Trans*
    *Harbor, LLC and NYWT Circle Line LLC*

80 Pine Street
New York, New York 10005
Phone: (212) 425-1900
Fax:    (212) 425-1901

_____
U.S.D.J.
October 10, 2011