UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
BRIAN BRODY,
                           Plaintiff,

          -v-                                          11 Civ. 4367 (DLC) (THK)

THE CITY OF NEW YORK, NYWT ZEPHYR, LLC,                ORDER OF
CIRCLE LINE - STATUE OF LIBERTY FERRY,                 REFERENCE TO A
INC., CIRCLE LINE HARBOR CRUISES, LLC,                 MAGISTRATE JUDGE
CIRCLE LIQUIDATION LLC, NEW YORK TRANS
HARBOR LLC, NYWT CIRCLE LINE LLC, STATUE
LIQUIDATION, INC., in personam, and the
vessel "ZEPHYR," its engines, equipment,
tackle and appurtenances, in rem,
                           Defendants.
------------------------------------------------X

Date: 10/14/2011

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

X   Settlement

___ Social Security

     SO ORDERED:

Dated:   New York, New York
         October 14, 2011

                                   DENISE COTE
                                   United States District Judge