UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                                  :    11 Civ. 4367 (DLC)
BRIAN BRODY,                          :
                  Plaintiff,    :       PRETRIAL
                                      :    SCHEDULING ORDER
      -v-                          :
                                      :
THE CITY OF NEW YORK, NYWT ZEPHYR,    :
LLC, CIRCLE LINE - STATUE OF LIBERTY  :
FERRY, INC., CIRCLE LINE HARBOR      :
CRUISES, LLC, CIRCLE LIQUIDATION LLC, :
NEW YORK TRANS HARBOR LLC, NYWT CIRCLE :
LINE LLC, STATUE LIQUIDATION, INC., in :
personam, and the vessel "ZEPHYR," its :
engines, equipment, tackle and          :
appurtenances, in rem,                  :
               Defendants.        :
                                      :
---------------------------------------- X

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on October 14, 2011, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.   The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by October 28, 2011.

2.   The plaintiff shall provide his medical release forms to the defendants by October 28, 2011.

3.   No additional parties may be joined or pleadings amended after November 14, 2011.

4.   The parties are instructed to contact the chambers of Magistrate Judge Katz prior to December 16, 2011 in order to pursue settlement discussions under his supervision.

5.   All fact discovery must be completed by February 24, 2012.

1

6.  Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur by March 23, 2012. Defendants' identification of experts and disclosure of expert testimony must occur by April 13, 2012.

7.  Expert discovery must be completed by May 4, 2012.

8.  The Joint Pretrial Order must be filed by June 15, 2012.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         October 14, 2011

                                    _____
                                            DENISE COTE
                                    United States District Judge