Cote, J

10/24/11

James E. Mercante, Esq.
Keith A. Brady, Esq.
Rubin, Fiorella & Friedman, LLP
292 Madison Avenue
New York, New York 10017
Tel: (212) 953-2381
Fax: (212) 953-2381
E-mail: Jmercante@Rubinfiorella.com
E-mail: kbrady@Rubinfiorella.com
*Attorneys for Defendants*
*Circle Line – Statue Of Liberty Ferry, Inc.*
*Circle Line Harbor Cruises, LLC.*
*Circle Liquidation, LLC*
*Statue Liquidation, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRIAN BRODY                                              11-CV-4367 (Judge Cote)

                Plaintiff,

      - against -                              **STIPULATION OF**
THE CITY OF NEW YORK, NYWT ZEPHYR, LLC     **DISMISSAL**
CIRCLE LINE – STATUE OF LIBERTY FERRY,
INC, CIRCLE LINE HARBOR CRUISES, LLC,
CIRCLE LIQUIDATION LLC, NEW YORK TRANS
HARBOR LLC, NYWT CIRCLE LINE LLC, STATUE
LIQUIDATION, INC, *in personam*, and the vessel
"ZEPHYR," its engines, equipmemt, tackle and
Appurtenances *in rem*

                Defendants.
------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the cross-claims asserted by Defendants Circle Line-Statue of Liberty Ferry, Inc., Circle Line Harbor Cruises LLC, Circle Liquidation LLC and Statue Liquidation, Inc. against Defendants NYWT Zephyr, LLC, New York Trans Harbor, LLC and NYWT Circle Line LLC be dismissed without prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and without costs to

any of the parties.

Dated: New York, New York
       October 21, 2011

RUBIN, FIORELLA & FRIEDMAN LLP

By: _____
    Keith A. Brady
    Attorneys for Defendants
    *Circle Line-Statue of Liberty Ferry, Inc.*
    *Circle Line Harbor Cruises LLC*
    *Circle Line Liquidation LLC*
    *Statue Liquidation, Inc.*
    292 Madison Avenue
    New York, New York 10017
    Phone: (212) 953-2381

FREEHILL, HOGAN & MAHAR, LLP

By: _____
    Daniel J. Fitzgerald
    Attorneys for Defendants
    Defendants *NYWT Zephyr, LLC*
    *New York Trans Harbor, LLC*
    *NYWT Circle Line LLC*
    80 Pine Street
    New York, New York 10005
    Phone: (212) 425-1900

SO ORDERED:

_____
U.S.D.J.

Oct. 24, 2011