## FRIEDMAN, JAMES & BUCHSBAUM LLP

ATTORNEYS AT LAW
132 NASSAU STREET
SUITE 900
NEW YORK, NY 10038

(212) 233-9385
FAX (212) 619-2340
www.friedmanjames.com



BERNARD D. FRIEDMAN
JOHN P. JAMES
ANDREW V. BUCHSBAUM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 12/19/11

NEW JERSEY OFFICE
200 CRAIG ROAD
MANALAPAN, NJ 07726
(732) 431-1978

December 15, 2011

Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

    Re:    **Brian Brody v. The City of New York, et al.**
             **11 Civ. 4367 (DLC)**

Honorable Sir:

    We represent plaintiff in the above entitled matter, The parties at the Initial PreTrial Conference held before the Honorable Denise L. Cote were directed to contact Your Honor prior to December 16, 2011 in order to pursue settlement discussions. The parties respectfully request that the Court schedule a Settlement Conference in the above matter for late January 2012. We thank the Court for its kind consideration.

Respectfully yours,

FRIEDMAN, JAMES & BUCHSBAUM LLP

Bernard D. Friedman

BDF:ll

cc:    Anshel David, Esq.
       New York City Law Department

       Keith A. Brady, Esq.
       Rubin, Fiorella & Friedman LLP

       Honorable Denise L. Cote
       United States District Judge
       Southern District of New York

Handwritten endorsement:
*A settl'mnt conference will be held on January 24, 2012 at 10:00 A.M. Plaintiff must be present and these attorneys must have settl'mnt authority. Courtroom 17D.*  12/19/11

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

**MEMO ENDORSED**