USDC SDNY
DOC
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
BRIAN BRODY,                             :
                    Plaintiff,           :      11 Civ. 4367 (DLC)
                                         :
        -v-                              :      ORDER OF
                                         :      DISCONTINUANCE
THE CITY OF NEW YORK, NYWT ZEPHYR, LLC,  :
CIRCLE LINE - STATUE OF LIBERTY FERRY,   :
INC., CIRCLE LINE HARBOR CRUISES, LLC,   :
CIRCLE LIQUIDATION LLC, NEW YORK TRANS   :
HARBOR LLC, NYWT CIRCLE LINE LLC,        :
STATUE LIQUIDATION, INC., in personam,   :
and the vessel "ZEPHYR," its engines,    :
equipment, tackle and appurtenances, in  :
rem,                                     :
                    Defendants.          :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has

been settled, it is hereby

    ORDERED that the above-captioned action is hereby

discontinued without costs to any party and without prejudice to

restoring the action to this Court's calendar if the application

to restore the action is made within thirty days.

    SO ORDERED:

Dated:    New York, New York
          January 26, 2012

                                    _____
                                         DENISE COTE
                                    United States District Judge